for an Examination of the Ballots Cast in the County of New York for the Office of Alderman of the Twenty-sixth Aldermanic District of the City of New York. FRANK MULLEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

KINGS COUNTY LIGHTING COMPANY, Appellant, v. EGBURT E. WOODBURY, as Attorney-General of the State of New York, and Another, Impleaded with OSCAR S. STRAUS and Others, Composing the Public Service Commission for the First District of the State of New York, Respondents.— Order modified as stated in order and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

HENRY ZIMMERMAN, Appellant, v. EMPIRE MORTGAGE COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and order for examination reinstated; date of examination to be fixed in order. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ. Order to be settled on notice.

JACOB GOTTLIEB, Respondent, v. NEW ENGLAND PANAMA HAT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; date of examination to be fixed in order. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ. Order to be settled on notice.

SIDNEY ASH, Respondent, v. UNITED TOILET GOODS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of MAX SCHWARZ, Respondent, v. JOSEPH ROSENTHAL, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Matter of Schlotterer* (105 App. Div. 115) and *Matter of Moto Bloc Import Co., No. 1* (140 id. 532). Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

CUBAN-AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Respondent, v. G. MUSSO COMPANY, a Corporation, and GIUSEPPE MUSSO and Another, Individually and as Directors and Officers, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowlng, Smith and Page, JJ.

JANE L. COUGHLIN, Appellant, v. JENNIE CROCKER WHITMAN, Respondent. JOSEPH COUGHLIN, Appellant, v. JENNIE CROCKER WHITMAN, Respondent.— Orders modified so as to provide that plaintiffs shall be precluded from giving evidence as to the vicious character of the dog except with respect to the items contained in the amended bill of particulars, with leave to plaintiffs at any time before trial to serve further bills of particulars as to said allegation of vicious propensities, in which case plaintiffs may give evidence with respect to the statements contained in such further amended bill of particulars; and as so modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.